778 A.2d 1194

**Shawn ROBINSON, Appellant,**

**v.**

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

**No. 56 M.D. Appeal Docket 2001.**

Supreme Court of Pennsylvania.

July 2, 2001.

### *ORDER*

PER CURIAM:

**AND NOW,** this 2nd day of July, 2001, probable jurisdiction is herewith noted and the order appealed is affirmed.